# Third District Court of Appeal

## State of Florida

Opinion filed February 3, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1860
Lower Tribunal No. 10-4465
_____

**Alexander Bruzon,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Dava J. Tunis, Judge.

Alexander Bruzon, in proper person.

Ashley Moody, Attorney General, for appellee.

Before MILLER, GORDO, and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Bruzon v. State</u>, 302 So. 3d 837 (Fla. 3d DCA 2020);

<u>see also</u> <u>Bueno v. Bueno de Khawly</u>, 677 So. 2d 3, 4 (Fla. 3d DCA 1996);

<u>Mitzenmacher v. Mitzenmacher</u>, 656 So. 2d 178, 179 (Fla. 3d DCA 1995).